1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2    Including Professional Corporations
   P. CRAIG CARDON, Cal. Bar No. 168646
3  ccardon@sheppardmullin.com
   ELIZABETH S. BERMAN, Cal. Bar No. 252377
4  eberman@sheppardmullin.com
   4 Embarcadero Center, 17th Floor
5  San Francisco, California  94111-4109
   Telephone:   415.434.9100
6  Facsimile:    415.434.3947

7  Attorneys for Defendant
   REDCATS USA, INC.
8

9              UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 | SYLVIA ANDERSON,            ) CASE NO.:   11-02660 JCS
13 |                             )
   |              Plaintiff,     ) **CLASS ACTION**
14 |                             )
   |        vs.                  ) **STIPULATION AND [PROPOSED]**
15 |                             ) **ORDER CONTINUING INITIAL CASE**
   | REDCATS USA, INC.,          ) **MANAGEMENT CONFERENCE**
16 |                             )
17 |              Defendant.     ) [*LR 16-2(c), 7-12*]
18 |                             ) Judge: Hon. Joseph C. Spero
19 |                             ) Current CMC:   September 9, 2011
   |                             ) Requested Date: October 7, 2011
20 |                             )
21 |                               Time:  1:30 pm
                                   Courtroom: G

---

W02-WEST:1ESB1\403888677.1                    REQUEST TO CONTINUE CASE MANAGEMENT
CASE NO. 11-02660 JCS                                                  CONFERENCE

**STIPULATION**

WHEREAS, on June 28, 2011, the Court entered an Order Setting Case Management Conference on September 9, 2011 at 1:30 p.m., in Courtroom G, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California (ECF Doc. No. 13);

WHEREAS the Order Setting Case Management Conference and Northern District Local Rule 16-10(a) require the personal appearance of lead counsel at the Case Management Conference;

WHEREAS lead counsel for Defendant Redcats USA, Inc. is unavailable to appear in person on September 9, 2011 at 1:30 p.m.,

The parties STIPULATE as follows:

The Case Management Conference set for September 9, 2011 shall be continued to October 7, 2011 at 1:30 p.m. in Courtroom G of the above-captioned Court.

Dated:  September 7, 2011

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s Elizabeth S. Berman*
P. CRAIG CARDON
ELIZABETH S. BERMAN
Attorneys for Defendant
REDCATS USA, INC.

Dated:  September 7, 2011

STONEBARGER LAW

By     */s Gene Stonebarger*
GENE STONEBARGER
Attorneys for Plaintiff
Sylvia Anderson

- 1 -

W02-WEST:1ESB1\403888677.1
CASE NO. 11-02660 JCS

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

## [~~PROPOSED~~] ORDER

The Case Management Conference set for September 9, 2011 shall be continued to October 7, 2011 at 1:30 p.m. in Courtroom G of the above-captioned Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: September 9, 2011



_____
Magistrate Judge Joseph C. Spero
United States Magistrate Judge
Northern District of California