SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
P. CRAIG CARDON, Cal. Bar No. 168646
ccardon@sheppardmullin.com
ELIZABETH S. BERMAN, Cal. Bar No. 252377
eberman@sheppardmullin.com
4 Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947

Attorneys for Defendant
REDCATS USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA ANDERSON,<br><br>              Plaintiff,<br><br>     vs.<br><br>REDCATS USA, INC.,<br><br>              Defendant. | CASE NO.: 11-02660 JCS<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>[*LR 16-2(c), 7-12*]<br><br>Judge: Hon. Joseph C. Spero<br><br>Current CMC: September 9, 2011<br>Requested Date: October 7, 2011<br><br>Time: 1:30 pm<br>Courtroom: G |

**STIPULATION**

WHEREAS, on June 28, 2011, the Court entered an Order Setting Case Management Conference on September 9, 2011 at 1:30 p.m., in Courtroom G, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California (ECF Doc. No. 13);

WHEREAS the Order Setting Case Management Conference and Northern District Local Rule 16-10(a) require the personal appearance of lead counsel at the Case Management Conference;

WHEREAS lead counsel for Defendant Redcats USA, Inc. is unavailable to appear in person on September 9, 2011 at 1:30 p.m.,

The parties STIPULATE as follows:

The Case Management Conference set for September 9, 2011 shall be continued to October 7, 2011 at 1:30 p.m. in Courtroom G of the above-captioned Court.

Dated: September 7, 2011

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By          */s Elizabeth S. Berman*
P. CRAIG CARDON
ELIZABETH S. BERMAN
Attorneys for Defendant
REDCATS USA, INC.

Dated: September 7, 2011

STONEBARGER LAW

By          */s Gene Stonebarger*
GENE STONEBARGER
Attorneys for Plaintiff
Sylvia Anderson

W02-WEST:1ESB1\403888677.1
CASE NO. 11-02660 JCS

- 1 -

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

## [~~PROPOSED~~] ORDER

The Case Management Conference set for September 9, 2011 shall be continued to October 7, 2011 at 1:30 p.m. in Courtroom G of the above-captioned Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:  September 9, 2011



_____
Magistrate Judge Joseph C. Spero
United States Magistrate Judge
Northern District of California