SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
P. CRAIG CARDON, Cal. Bar No. 168646
ccardon@sheppardmullin.com
ELIZABETH S. BERMAN, Cal. Bar No. 252377
eberman@sheppardmullin.com
4 Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947

Attorneys for Defendant
REDCATS USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA ANDERSON, <br><br> Plaintiff, <br><br> vs. <br><br> REDCATS USA, INC., <br><br> Defendant. | CASE NO.: 11-02660 JCS <br><br> **CLASS ACTION** <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** <br><br> [*LR 16-2(c), 7-12*] <br><br> Judge: Hon. Joseph C. Spero <br><br> Current CMC: October 14, 2011 <br><br> Requested Dates: <br> October 28, 2011 at 2:30 pm, or <br> November 4, 2011 at 1:30 pm <br><br> Courtroom: G |

# **STIPULATION**

WHEREAS, on June 28, 2011, the Court entered an Order Setting Case Management Conference on September 9, 2011 at 1:30 p.m., in Courtroom G, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California (ECF Doc. No. 13);

WHEREAS the Order Setting Case Management Conference and Northern District Local Rule 16-10(a) require the personal appearance of lead counsel at the Case Management Conference;

WHEREAS lead counsel for Defendant Redcats USA, Inc. was unavailable to appear in person on September 9, 2011 at 1:30 p.m.,

WHEREAS the parties previously stipulated that the Case Management Conference set for September 9, 2011 shall be continued to October 7, 2011 at 1:30 p.m. in Courtroom G of the above-captioned Court;

WHEREAS on September 9, 2011, the Court entered an order continuing the Case Management Conference to October 7, 2011 pursuant to the parties' stipulation;

WHEREAS on September 26, 2011, the Clerk of the Court provided notice that the Case Management Conference set for October 7, 2011 was reset to October 14, 2011 (ECF Doc. No. 21);

WHEREAS lead counsel for Defendant Redcats USA, Inc. is unavailable to appear in person on October 14, 2011;

WHEREAS lead counsel for Plaintiff is scheduled to appear in Courtroom 11 of the above-entitled Court in another matter on October 21, 2011 at 1:30 p.m., but is available to appear in this matter for a Case Management Conference at 2:30 p.m. on that date;

WHEREAS, according to the Court's calendar available online, the Court is unavailable on October 28, 2011;

WHEREAS lead counsel for both parties are also available to appear on November 4, 2011 at 1:30;

THE PARTIES STIPULATE AS FOLLOWS:

The Case Management Conference set for October 14, 2011 at 1:30 p.m. shall be continued to October 21, 2011 at 2:30 p.m. or, alternatively depending upon the Court's calendar, to November 4, 2011 at 1:30 p.m.

Dated:  October 4, 2011

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    */s Elizabeth S. Berman*
P. CRAIG CARDON
ELIZABETH S. BERMAN
Attorneys for Defendant
REDCATS USA, INC.

Dated:  October 4, 2011

STONEBARGER LAW

By    */s Gene Stonebarger*
GENE STONEBARGER
Attorneys for Plaintiff
Sylvia Anderson

- 2 -

W02-WEST:1ESB1\404032980.1
CASE NO. 11-02660 JCS

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

1 **[~~PROPOSED~~] ORDER**

2 **(Court to check the box that shall apply)**

3 The Case Management Conference set for October 14, 2011 shall be continued to:

4 ☒ October 21, 2011 at 2:30 p.m.

5 ☐ November 4, 2011 at 1:30 p.m.

6 in Courtroom G of the above-captioned Court.

8 **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

10 Dated: October 5, 2011

11 _____

12 Magistrate Judge Joseph C. Spero
United States District Court,
13 Northern District of California

- 3 -