UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Anderson,

        Plaintiff,

  v.

Redcats USA, Inc.,

        Defendant.

Case No.: 3:11-cv-02660-JCS

**ORDER ADMINISTRATIVELY CLOSING CASE**

The Court having been advised that Defendant United Retail Incorporated has filed for Bankruptcy which automatically stays this case, IT IS HEREBY ORDERED that this case shall be administratively closed and may be reopened upon motion of any party.

IT IS SO ORDERED.

Dated: September 5, 2012

_____
Joseph C. Spero
United States Magistrate Judge